# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:
HECTOR M SANTINI ORTIZ  \*  CASE NO. 07-06826-BKT
Debtor  \*
\*  CHAPTER 13
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## \* MOTION SUBMITTING AMENDED CHAPTER 13 PLAN \*

TO THE HONORABLE COURT:

Comes now debtor represented by the undersigned attorney and set forth as follows:

1. On November 20, 2007 debtor filed the original plan dated November 2, 2007.

2. Attached to this motion is an **Amended Plan dated January 24, 2008 to cure arrears with Doral Mortgage in the amount of $445.00.**

**WHEREFORE** debtor pray this Honorable Court allow the amended chapter 13 plan.

## \* NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST \*

Notice is hereby given that today debtors filed with the Clerk of the Court an Amended Chapter 13 Plan (attached). A hearing will be held before the Honorable Bryan K Tester; U.S. Bankruptcy Judge, at U.S. Post Office and Courthouse Building, Floor #2, Courtroom 2, 300 Recinto Sur, St., Old San Juan on the **25 day of January 2008 at 2:00 p.m.** to act upon the following:

**CONFIRMATION OF DEBTOR'S AMENDED PLAN DATED JANUARY 24, 2008.**

## \* CERTIFICATE OF SERVICE \*

**I HEREBY CERTIFY** that copy of this Notice and Amended Chapter 13 Plan was mailed today to José R Carrión, Trustee and to all creditors and parties in interest.

In Coamo, Puerto Rico, this 24 day of January 2008.

*S:\JORGE RAFAEL COLLAZO SANCHEZ*
**USDC-PR: 127203
ATTORNEY FOR DEBTOR
BOX 1494
COAMO PR  00769
TEL: (787) 825-7161
FAX: (787) 825-7122**

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                     Case No. **07-6826**

**SANTINI ORTIZ, HECTOR MANUEL**                     Chapter **13**

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **1/24/2008**
☑ PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **190.00** x **60** = $ **11,400.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **11,400.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **11,400.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: **/s/ HECTOR MANUEL SANTINI ORTIZ**
         Debtor

         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL**      Cr. _____      Cr. _____
# **3**               # _____        # _____
$ **485.00**      $ _____      $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____      Cr. _____      Cr. _____
# _____         # _____        # _____
$ _____        $ _____        $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____      Cr. _____      Cr. _____
# _____         # _____        # _____
$ _____        $ _____        $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder: **AEELA**
5. ☐ Other:
6. ☑ Debtor otherwise maintains regular payments directly to: **DORAL**      **RETIRO**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                     ☐ Paid 100% / ☐ Other: _____
Cr. _____      Cr. _____      Cr. _____
# _____         # _____        # _____
$ _____        $ _____        $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*

Attorney for Debtor **Jorge R. Collazo Sanchez**          Phone: **(787) 825-7161**

CHAPTER 13 PAYMENT PLAN

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only